**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                 Case No. 19−31362
                                                                      Chapter 13

Kendra L. Moses ,

     Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

     An objection was filed to the claim(s) of *LVNV Funding, LLC*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

     **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated September 18, 2019

William R. Sawyer
United States Bankruptcy Judge